UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: SABHARWAL & ASSOCIATES - 1731

---

BANK OF INDIA

Plaintiff(s)

- against -

MILLENIUM HEALTHCARE (GREAT NECK), LLC, ETAL

Defendant(s)

Index #: 08 CV 6381 (CHIN)

Date Filed:

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRIAN KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 29, 2008 at 02:00 PM at

3 EXPRESSWAY PLAZA, SUITE 220
ROSLYN HEIGHTS, NY 11577

deponent served the within true copy of the SUMMONS & COMPLAINT, RULE 7.1 STATEMENT, JUDGES' RULES on MILLENIUM GROUP (USA), LLC, the defendant/respondent therein named,

**LIMITED LIABILITY COMPANY**   by delivering thereat a true copy of each to LOREN LIVSON personally, deponent knew said limited liability company so served to be the limited liability company described in said SUMMONS & COMPLAINT, RULE 7.1 STATEMENT, JUDGES' RULES as said defendant/respondent and knew said individual to be the OPERATIONS MANAGER thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 37 | 5'3 | 165 |

Sworn to me on: July 29, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**BRIAN KLEINBERG**

Docket #: 577063